1   Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10  CORRIE KRAJKIEWCZ        )
                             )        1:06-CV-976AWI DLB
11                           )
            Plaintiff,       )        STIPULATION AND ORDER
12                           )
    vs.                      )
13                           )
    JO ANNE B. BARNHART,     )
14  Commissioner of Social   )
    Security,                )
15                           )
            Defendant.       )
16  _____)

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 30 day extension of time, until January 12, 2007, in which to serve

20  Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, July

21  27, 2006, shall proceed under the time limit guidelines set therein.

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

Dated:  December 13, 2006                    /s/ Gina Fazio

                                             GINA FAZIO,
                                             Attorney for Plaintiff.

Dated: December 14, 2006

                                             MCGREGOR SCOTT
                                             United States Attorney

                                             By: /s/ Kimberly A. Gaab
                                             (as authorized via facsimile)
                                             KIMBERLY A. GAAB
                                             Assistant U.S. Attorney

        IT IS SO ORDERED.

   **Dated:**   **December 15, 2006**              **/s/ Dennis L. Beck**
   3c0hj8                                   UNITED STATES MAGISTRATE JUDGE